RECEIVED

AUG 0 7 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

14 JUL -8 AM 7:01

CLERK OF THE
CIRCUIT COURT
CRIMINAL DIVISION
CLERK
DOROTHY BROWN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Jhave'll Giovon Moore Sr.

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Warden, Stateville

Correctional Center,

Joliet, IL 60434

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

14-cv-6107
Judge Edmond E. Chang
Magistrate Judge Susan E. Cox

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
      **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

A.   Name: Jhave'll Giovon Moore Sr.

B.   List all aliases:

C.   Prisoner identification number: M12993

D.   Place of present confinement: Lawrence Correctional Center

E.   Address: 10930 lawrence Rd, Sumner, IL 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: John Doe

Title: Warden

Place of Employment: Stateville Correctional Center, Joliet IL, 60434

B.   Defendant:

Title:

Place of Employment:

C.   Defendant:

Title:

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.    List all defendants: _____

_____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made:_____

_____

_____

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

#1) on June 13, 2013 I was placed in custody at Stateville Correctional Center NRC, where I lived for (7) seven months in cell 303 wing L.

#2) While I was in custody I never received any cleaning supplies to clean my cell.

#3) The toilet in my cell contained feces from previous inmates that was stuck to the inside of the toilet.

#4) The vents and my cell was never cleaned and they both contained so much dust, bacteria and mold that I constantly had headaches.

#5) While in custody there was not any running hot water for (3) three months so I had to take ice cold showers.

#6) Once the hot water was restored it was so extremely hot that I got burned on my body and scalp.

#7) I requested to get medical help because my eyesight and hearing was going out.

#8) I never got to see the doctor concerning my burn injuries, eyesight, nor my hearing problem.

4                                                          Revised 9/2007

#9) In August 2013 I went to yard that is 3 hours long and has no rest area/ washroom.

#10) I had to use the washroom and was not able to get any correctional officer to let me in to use the bathroom in my cell.

#11) I had to releive myself of liquid and solid waste on the yard in front of other inmates.

#12) I was extremely humiliated, stressed, angered, and depressed by the events and treatment while in custody.

#13) While in custody I had the same sheets, blanket, and undercloths, and I never once was able to wash them at all.

#14) The events that happened violated state law and the Eighth Amendment which is cruel and unusual punishment.

#15) The events stated were grievanced and nothing has been done to help me.

5

Revised 9/2007

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Issue a declaratory judgement that defendant violated United States Constitution and state law when I had to releive myself of liquid and solid waste outdoors, never got to see a doctor, had to take ice cold and extremely hot showers, never got to obtain supplies to clean my cell, never got to wash my undercloths and sheets. Grant punitive damages of $15,000 against defendant. Grant compensatory damages in the amount of $30,000 against defendant Warden of Stateville C.C. Grant such other relief as it may appear plaintiff is entitled.

## VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___16___ day of ___May___, 20_14_

_____
(Signature of plaintiff or plaintiffs)

Jhave'll Giovon Moore Sr.
(Print name)

M12993
(I.D. Number)

10930 lawrence Rd.

Sumner, IL 62466
(Address)

Revised 9/2007